UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT & PRIMARY
CARE PHYSICIANS, P.C.,

      Plaintiff,                                        Case Number 18-10643

v.                                                                Honorable David M. Lawson

MDVIP, INC. and JOHN DOES 1-10,

      Defendants.

_____/

## ORDER OF DISMISSAL

On October 25, 2018, the parties informed the Court through electronically-filed notice that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before November 26, 2018**.

It is further **ORDERED** that the defendant's motion to dismiss (ECF No.15) and the plaintiff's motion to quash (ECF No.22) are **DISMISSED AS MOOT**.

                                                             s/David M. Lawson
                                                             DAVID M. LAWSON
                                                             United States District Judge

Date:   October 26, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 26, 2018.

                            s/Susan K. Pinkowski
                            SUSAN K. PINKOWSKI